HATTIE F. NASH ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF EAST HARTFORD ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*James D. Mirabile,* in support of the petition.

*Lester S. Fleish,* assistant corporation counsel, in opposition.

Submitted January 12—decided January 18, 1973

JOHN E. BRIGHENTI ET AL. *v.* EMPIRE REALTY CORPORATION

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Harry L. Nair,* for the appellee (defendant).

No appearance for the plaintiffs.

Argued February 6—decided February 6, 1973

DUNCAN BROWN *v.* EDWARD ALLEN ET AL.

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted unless the defendant Allen files a transcript with his draft finding on or before February 13, 1973.

*Roy W. Moore,* for the appellee (plaintiff).

*Raphael Korff,* for the named defendant (appellant).